Same case below, 398 Fed. Appx. 262.

■

**No. 10-8326. Alfred Sergio Nickson, Petitioner v. Cheryl Pliler, Warden.**

562 U.S. 1291, 131 S. Ct. 1682, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2173.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 209.

■

**No. 10-8327. Joshua Brazzel, Petitioner v. Indiana.**

562 U.S. 1291, 131 S. Ct. 1682, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2291.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Second District, denied.

Same case below, 925 N.E.2d 510.

■

**No. 10-8329. Russell Smith, Petitioner v. Florida.**

562 U.S. 1291, 131 S. Ct. 1682, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2251.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 42 So. 3d 234.

■

**No. 10-8339. Tracy Nixon, Petitioner v. Texas.**

562 U.S. 1291, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2384.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■

**No. 10-8344. Theron N. Lynch, Petitioner v. Alameda County, California, et al.**

562 U.S. 1291, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2351.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 295.

■

**No. 10-8349. Dennis Timmons, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

562 U.S. 1291, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2322, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

■

**No. 10-8350. Sylvester Thomas, Petitioner v. J. B. Van Hollen, et al.**

562 U.S. 1292, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2296.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 397 Fed. Appx. 215.